**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| EDWARD KAPUSCINSKI AND TG COOPER & CO. INC., | : | No. 381 EAL 2016 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| ROBERT M. CAVALIER, ESQUIRE, LUCAS AND CAVALIER, LLC, ARNOLD DRANOFF, ESQUIRE AND DRANOFF & PATRIZIO P.C., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.